**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Gary Scott SILVERMAN, Respondent.**

**No. 632 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 10, 2001.

*O R D E R*

PER CURIAM:

AND NOW, this 10th day of December, 2001, on certification by the Disciplinary Board that the respondent, GARY SCOTT SILVERMAN, who was suspended by Order of this Court dated January 22, 2001, for a period of thirty days, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa. R.D.E., and there being no other outstanding order of suspension or disbarment, GARY SCOTT SILVERMAN, is hereby

reinstated to active status, effective immediately.

■

**In the Matter of Jeffrey C. KEITH**

**No. 173 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 13, 2001.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of December, 2001, Jeffrey C. Keith having been disbarred from the practice of law in the State of Ohio by Order of The Supreme Court of Ohio filed July 18, 2001; the said Jeffrey C. Keith having been directed on September 4, 2001, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Jeffrey C. Keith is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.